RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136
Jamil Ghannam, SBN 300730

Attorneys for Defendant,
COUNTY OF SACRAMENTO
(SUED AS "COUNTY OF SACRAMENTO
DEPARTMENT OF HUMAN ASSISTANCE OF
NORTHERN CALIFORNIA WELFARE DIVISION)

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REHEMA STEPHENS,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO DEPARTMENT OF HUMAN ASSISTANCE OF NORTHERN CALIFORNIA WELFARE DIVISION, et al.,<br><br>  Defendants. | Case No.: 2:16-CV-1849-JAM-EFB PS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SACRAMENTO'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

**GOOD CAUSE** appearing, the Court hereby grants Defendant COUNTY OF SACRAMENTO's request for a 21-day extension of time, up to and including December 19, 2016, to file a responsive pleading to Plaintiff's Complaint (Doc.1).

**IT IS SO ORDERED.**

Dated: November 22, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE